UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA



FILED

OCT 25 AM 10: 15

UNITED STATES OF AMERICA,

Plaintiff,

vs.

MARIA CONSUELO MUNOZ (2),

Defendant.

CASE NO. 92CR1169-L

**JUDGMENT OF DISMISSAL**

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_XX_ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

___ of the offense(s) as charged in the Indictment/Information:

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: OCTOBER 19, 2011

M. JAMES LORENZ
UNITED STATES DISTRICT JUDGE